1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAJESTIC FLOORS, INC., a California Corporation, <br><br> Defendant. | Case No.: C09-6098 MHP <br><br> **JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE** <br><br> Date:       April 12, 2010 <br> Time:      4:00 p.m. <br> Courtroom: 15, 18th Floor <br>                  450 Golden Gate Avenue <br>                  San Francisco, CA 94102 <br> Judge:     Honorable Marilyn H. Patel |

       Plaintiffs and Defendant jointly request that the Case Management Conference currently scheduled for April 12, 2010, at 4:00 p.m., be continued for approximately ninety (90) days, as follows:

       1.     This action was filed by Plaintiffs to recover amounts found due to the Trust Funds upon an audit of Defendant's records.  Defendant disagrees with the findings, and both parties are in the process of arranging a meeting to go over issues regarding the audit report.

       2.     There is nothing to discuss at a Case Management Conference at the present time as the parties are cooperating with one another to exchange information and move toward resolution.

-1-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C09-6098 MHP**

P:\CLIENTS\FLRCL\Majestic Floors, Inc\Pleadings\C09-6098 MHP - Joint Req to Continue CMC 040510.doc

3. In the event no informal resolution is reached, Plaintiffs and Defendant have agreed to mediation.

4. We therefore jointly request that the Case Management Conference be continued for ninety (90) days to allow the parties ample time to resolve this matter, or in the alternative, prepare and attend the mediation.

Dated: April 5, 2010         SALTZMAN & JOHNSON
                              LAWCORPORATION

                    By:      _____/s/_____
                              Michele R. Stafford
                              Attorneys for Plaintiffs

Dated: April 5, 2010         SIMPSON, GARRITY, INNES
                              & JACUZZI PC

                    By:      _____/s/_____
                              Sarah Lucas
                              Attorneys for Defendant

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to __July 12, 2010_____ at __4:00 p.m._____. All related deadlines are extended accordingly.

Date: __4/8/2010_____    _____
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Marilyn H. Patel, United States District Court, Northern District of California

-2-
**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**
**Case No.: C09-6098 MHP**