Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

Paul V. Simpson, Esq. (SBN 83878)
Sarah E. Lucas, Esq. (SBN 148713)
SIMPSON, GARRITY, INNES & JACUZZI PC
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
(650) 615-4860
(650) 615-4861 – Facsimile
psimpson@sgilaw.com
slucas@sgilaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAJESTIC FLOORS, INC., a California Corporation, <br><br> Defendant. | Case No.: C09-6098 MHP <br><br> **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and JOINT STATEMENT** <br><br> Date: October 18, 2010 <br> Time: 4:00 p.m. <br> Courtroom: 15, 18th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Judge: Honorable Marilyn H. Patel |

Plaintiffs and Defendant jointly request that the Case Management Conference currently scheduled for October 18, 2010, at 4:00 p.m., be continued for approximately ninety (90) days, as follows:

1. On August 10, 2010, this case was referred to Mediation. However, the ADR

-1-
**REQUEST TO CONTINUE CMC and JOINT STATEMENT**
**Case No.: C09-6098 MHP**

P:\CLIENTS\FLRCL\Majestic Floors, Inc\Pleadings\C09-6098 MHP - CMC Statement 100710.doc

1  Office was not notified of the Mediation referral until recently, and on September 15, 2010, Michael J. Loeb was finally appointed as Mediator.

2. A Mediation date is scheduled for either December 7, or 9, 2010.

3. There is nothing for the Court to consider at this time pending the results of the Mediation.

4. We therefore jointly request that the Case Management Conference be continued for ninety (90) days to allow the parties ample time to prepare and attend the mediation.

Dated: October 7, 2010                          SALTZMAN & JOHNSON
                                                LAWCORPORATION

                                          By:   _____/s/_____
                                                Michele R. Stafford
                                                Attorneys for Plaintiffs

Dated: October 7, 2010                          SIMPSON, GARRITY, INNES
                                                & JACUZZI PC

                                          By:   _____/s/_____
                                                Sarah Lucas
                                                Attorneys for Defendant

IT IS SO ORDERED.

   The currently set Case Management Conference is hereby continued to _January 31, 2011_____ at __3:00 p.m._____. All related deadlines are extended accordingly.

Date: ___ 10/12/2010 _____          _____
                                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

-2-
**REQUEST TO CONTINUE CMC and JOINT STATEMENT**
**Case No.: C09-6098 MHP**

P:\CLIENTS\FLRCL\Majestic Floors, Inc\Pleadings\C09-6098 MHP - CMC Statement 100710.doc